AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 20, 2022**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Jonathan Brooks Hawkins, <br> *Plaintiff,* <br> v. <br> PA-C Jonathan Neau, Timothy J. Taylor, Kenneth G. Jennings, Ronna Cole, Kathy Reninger, Chris Mequet, Scott Russell, Tammie Barajas, Zainab Ghazel, Melissa Andrewjeski, Jeffrey Uttecht, and Cheryl Strange, <br> *Defendants.* | Civil Action No. 4:22-cv-05120-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 16, is GRANTED.
The Complaint is DISMISSED WITHOUT PREJUDICE.
Plaintiff's Motion to Waive Collection of the Remaining Balance of the Filing Fee, ECF No. 17, is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on a motion to dismiss.

Date: 12/20/2022

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lilly Savchuk
*(By) Deputy Clerk*

Lilly Savchuk